UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN CURD and REBEL CURD, Derivatively on Behalf of SEI INTERNATIONAL EQUITY FUND, SEI HIGH YIELD BOND FUND, SEI TAX-MANAGED LARGE CAP FUND, SEI TAX-MANAGED SMALL/MID CAP FUND, and SEI INTERMEDIATE-TERM MUNICIPAL FUND, <br><br> Plaintiffs, <br><br> v. <br><br> SEI INVESTMENTS MANAGEMENT CORPORATION, <br><br> Defendant. | Case No. 2: 13-cv-07219 |

## DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Defendant SEI Investments Management Corporation hereby moves this Honorable Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for the entry of an Order dismissing the Complaint with prejudice.

The grounds supporting this Motion are set forth in the accompanying Memorandum.

| | |
|---|---|
| February 24, 2014 | Respectfully submitted, |
| | DECHERT LLP |
| | /s/ *Steven B. Feirson* |
| | Steven B. Feirson (PA I.D. No. 21357) |
| | steven.feirson@dechert.com |
| | Michael S. Doluisio (PA I.D. No. 75060) |
| | michael.doluisio@dechert.com |
| Of counsel: | Cira Centre |
| | 2929 Arch Street |
| Matthew L. Larrabee | Philadelphia, PA 19104-2808 |
| DECHERT LLP | Telephone:   (215) 994-2489 |
| 1095 Avenue of the Americas | |
| New York, NY 10036 | |
| Tel:  (212) 698-3578 | *Attorneys for Defendant* |
| E-mail:  matthew.larrabee@dechert.com | |
| | |
| Emily Shea | |
| DECHERT LLP | |
| 1900 K Street, NW | |
| Washington, DC 20006 | |
| Tel:  (202) 261-3378 | |
| E-mail:  emily.shea@dechert.com | |