**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEVEN CURD and REBEL CURD, Derivatively on Behalf of SEI INTERNATIONAL EQUITY FUND, SEI HIGH YIELD BOND FUND, SEI TAX-MANAGED LARGE CAP FUND, SEI TAX-MANAGED SMALL/MID CAP FUND, and SEI INTERMEDIATE-TERM MUNICIPAL FUND,<br><br>                Plaintiffs,<br><br>   v.<br><br>SEI INVESTMENTS MANAGEMENT CORPORATION,<br><br>                Defendant. | Case No. 2:13-cv-07219-AB |

**STIPULATION REGARDING MOTION TO DISMISS BRIEFING SCHEDULE AND TEMPORARY STAY OF DISCOVERY**

Plaintiffs Steven Curd and Rebel Curd ("Plaintiffs"), by and through their undersigned attorneys, and defendant SEI Investment Management Corporation ("Defendant"), by and through its undersigned attorneys, hereby stipulate and agree to extend the time for the parties to respond and reply to Defendant's Motion to Dismiss the Complaint (the "Motion to Dismiss") (Document No. 10) and to temporarily stay discovery, as follows:

WHEREAS, on December 11, 2013, Plaintiffs filed their Verified Complaint (the "Complaint") (Document No. 1);

WHEREAS, on February 24, 2014, Defendant filed the Motion to Dismiss;

WHEREAS, in light of the issues raised in the Complaint and in the Motion to Dismiss, the parties have agreed, subject to Court approval, to an extension of the deadline for Plaintiffs to respond to the Motion to Dismiss ("Plaintiffs' Response") and for Defendants to file a reply brief

in support of the Motion to Dismiss ("Defendant's Reply"), subject to Plaintiffs' agreement not to serve any discovery until after Plaintiffs' Response has been filed;

WHEREAS, the parties reserve their rights to seek further stays of discovery in the future;

WHEREAS, there has not been a prior extension of time for the filing of Plaintiffs' Response or Defendant's Reply;

WHEREFORE, it is hereby agreed that:

1. Plaintiffs' Response shall be filed on or before April 28, 2014;

2. Defendant's Reply shall be filed on or before May 19, 2014; and

3. Plaintiffs shall not serve any discovery prior to April 28, 2014.

Dated: March 11, 2014

ROBBINS ARROYO LLP

s/ Edward B. Gerard
BRIAN J. ROBBINS
STEPHEN J. ODDO
EDWARD B. GERARD
JUSTIN D. RIEGER
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com
egerard@robbinsarroyo.com
jrieger@robbinsarroyo.com

RYAN & MANISKAS, LLP
RICHARD A. MANISKAS
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: (484) 588-5516
Facsimile: (484) 450-2582
rmaniskas@rmclasslaw.com

*Counsel for Plaintiffs*

| | |
|---|---|
| Dated: March 11, 2014 | DECHERT LLP |
| | |
| | s/ Michael S. Doluisio |
| | STEVEN B. FEIRSON |
| | MICHAEL S. DOLUISIO |
| | Cira Centre |
| | 2929 Arch Street |
| | Philadelphia, PA 19104 |
| | Telephone: (215) 994-4000 |
| | Facsimile: (215) 994-2222 |
| | steven.feirson@dechert.com |
| | michael.doluisio@dechart.com |
| | |
| | *Counsel for Defendant* |
| | *SEI Investment Management Corporation* |

APPROVED AND SO ORDERED:

_____
Honorable Anita J. Brody, United States District Judge

939345

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 11, 2014                              s/ Edward B. Gerard
                                                                    EDWARD B. GERARD