IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN CURD and REBEL CURD, Derivatively on Behalf of SEI INTERNATIONAL EQUITY FUND, SEI HIGH YIELD BOND FUND, SEI TAX-MANAGED LARGE CAP FUND, SEI TAX-MANAGED SMALL/MID CAP FUND, and SEI INTERMEDIATE-TERM MUNICIPAL FUND,<br><br>    Plaintiffs,<br><br>    v.<br><br>SEI INVESTMENTS MANAGEMENT CORPORATION,<br><br>    Defendant. | Civil Action No. 13-CV-07219 (AB) |

**MOTION TO DISMISS OF NOMINAL DEFENDANTS
SEI INTERNATIONAL EQUITY FUND, SEI HIGH YIELD BOND FUND, SEI TAX-MANAGED LARGE CAP FUND, SEI TAX-MANAGED SMALL/MID CAP FUND, and SEI INTERMEDIATE-TERM MUNICIPAL FUND**

Pursuant to Fed. R. Civ. 12(b)(6) and 23.1, and for the reasons set forth in the accompanying Memorandum of Law in Support of their Motion to Dismiss, Nominal Defendants SEI International Equity Fund, SEI High Yield Bond Fund, SEI Tax-Managed Large Cap Fund, SEI Tax-Managed Small/Mid Cap Fund, and SEI Intermediate-Term Municipal Fund respectfully move the Court for the entry of an Order dismissing with prejudice the Complaint with respect to the Nominal Defendants.

Dated:  May 23, 2014                                            Respectfully submitted,


/s/ Elizabeth Hoop Fay
J. Gordon Cooney, Jr. (I.D. No. 42636)
   jgcooney@morganlewis.com
Elizabeth Hoop Fay (ID. No. 32955)
   efay@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
Tel.:  215-963-5000
Fax:  215-963-5001

*Counsel for Nominal Defendants SEI International Equity Fund, SEI High Yield Bond Fund, SEI Tax-Managed Large Cap Fund, SEI Tax-Managed Small/Mid Cap Fund, and SEI Intermediate-Term Municipal Fund*

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the Motion to Dismiss Of Nominal Defendants SEI International Equity Fund, SEI High Yield Bond Fund, SEI Tax-Managed Large Cap Fund, SEI Tax-Managed Small/Mid Cap Fund, and SEI Intermediate-Term Municipal Fund ("Nominal Defendants' Motion"), along with the accompanying Memorandum Of Law In Support Of Nominal Defendants' Motion and proposed Order, were served via electronic filing on all counsel of record.

Dated:  May 23, 2014                                  /s/ Elizabeth Hoop Fay
                                                              Elizabeth Hoop Fay