UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN CURD and REBEL CURD, Derivatively on Behalf of SEI INTERNATIONAL EQUITY FUND, SEI HIGH YIELD BOND FUND, SEI TAX-MANAGED LARGE CAP FUND, SEI TAX-MANAGED SMALL/MID CAP FUND, and SEI INTERMEDIATE-TERM MUNICIPAL FUND,<br><br>Plaintiffs,<br><br>v.<br><br>SEI INVESTMENTS MANAGEMENT CORPORATION, and SEI INVESTMENTS GLOBAL FUNDS SERVICES,<br><br>Defendants. | Case No. 2:13-cv-07219-AB |

## STIPULATION REGARDING MOTIONS TO DISMISS BRIEFING SCHEDULE

Plaintiffs Steven Curd and Rebel Curd ("Plaintiffs"), by and through their undersigned counsel, nominal defendants SEI International Equity Fund, SEI High Yield Bond Fund, SEI Tax-Managed Large Cap Fund, SEI Tax-Managed Small/Mid Cap Fund, and SEI Intermediate-Term Municipal Fund (collectively, the "SEI Funds"), and defendants SEI Investments Management Corporation and SEI Investments Global Funds Services (collectively with SEI Funds, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree to extend the time for the parties to respond and reply to Defendants' motions to dismiss Plaintiffs Verified Amended Complaint (the "Motions to Dismiss") (Document Nos. 53 and 54), as follows:

WHEREAS, on October 2, 2014, Plaintiffs filed their Verified Amended Complaint (the "Amended Complaint") (Document No. 51);

WHEREAS, on November 24, 2014, Defendants filed their Motions to Dismiss;

WHEREAS, the parties have agreed, subject to Court approval, to an extension of the deadline for Plaintiffs to respond to the Motions to Dismiss ("Plaintiffs' Response") and for Defendants to file a reply brief in support of the Motions to Dismiss ("Defendants' Reply");

WHEREAS, there has not been a prior extension of time for the filing of Plaintiffs' Response or Defendants' Reply to the Motions to Dismiss;

WHEREFORE, it is hereby agreed that:

1. Plaintiffs' Response to the Motions to Dismiss shall be filed on or before January 9, 2015; and

2. Defendants' Reply shall to the Motions to Dismiss be filed on or before January 30, 2015.

Dated: December 8, 2014  ROBBINS ARROYO LLP

s/ Edward B. Gerard
BRIAN J. ROBBINS
STEPHEN J. ODDO
EDWARD B. GERARD
JUSTIN D. RIEGER
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com
egerard@robbinsarroyo.com
jrieger@robbinsarroyo.com

RYAN & MANISKAS, LLP
RICHARD A. MANISKAS
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: (484) 588-5516
Facsimile: (484) 450-2582
rmaniskas@rmclasslaw.com

*Counsel for Plaintiffs Steven Curd and Rebel Curd*

Dated: December 8, 2014                DECHERT LLP

                    s/ Michael S. Doluisio
STEVEN B. FEIRSON
MICHAEL S. DOLUISIO
CHARLOTTE K. NEWELL
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
steven.feirson@dechert.com
michael.doluisio@dechart.com

MATTHEW L. LARRABEE
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3578
Facsimile: (415) 262-4579
matthew.larrabee@dechert.com

EMILY SHEA
DECHERT LLP
1900 K Street, NW Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333
emily.shea@dechert.com

*Counsel for defendants SEI Investment Management Corporation and SEI Investments Global Funds Services*

Dated: December 8, 2014                MORGAN, LEWIS & BOCKIUS LLP

                    s/ Elizabeth Hoop Fay
J. GORDON COONEY, JR.
ELIZABETH HOOP FAY
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
jgcooney@morganlewis.com
efay@morganlewis.com

*Counsel for nominal defendants SEI International Equity Fund, SEI High Yield Bond Fund, SEI Tax-Managed Large Cap Fund, SEI Tax-Managed Small/Mid Cap Fund,*

*and SEI Intermediate-Term Municipal Fund*

APPROVED AND SO ORDERED:

_____
Honorable Anita J. Brody, United States District Judge

12/15/14

Copies via ECF on ___

999862