UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN CURD and REBEL CURD, Derivatively on Behalf of SEI INTERNATIONAL EQUITY FUND, SEI HIGH YIELD BOND FUND, SEI TAX-MANAGED LARGE CAP FUND, SEI TAX-MANAGED SMALL/MID CAP FUND, and SEI INTERMEDIATE-TERM MUNICIPAL FUND,<br><br>Plaintiffs,<br><br>v.<br><br>SEI INVESTMENTS MANAGEMENT CORPORATION, and SEI INVESTMENTS GLOBAL FUNDS SERVICES,<br><br>Defendants. | Case No. 2:13-cv-07219-AB |

**PLAINTIFFS' NOTICE OF NON-OPPOSITION TO NOMINAL DEFENDANTS SEI INTERNATIONAL EQUITY FUND, SEI HIGH YIELD BOND FUND, SEI TAX-MANAGED LARGE CAP FUND, SEI TAX-MANAGED SMALL/MID CAP FUND, AND SEI INTERMEDIATE-TERM MUNICIPAL FUND TO DISMISS PLAINTIFFS' <u>AMENDED COMPLAINT</u>**

On November 24, 2014, nominal defendants SEI International Equity Fund, SEI High Yield Bond Fund, SEI Tax-Managed Large Cap Fund, SEI Tax-Managed Small/Mid Cap Fund, and SEI Intermediate-Term Municipal Fund ("Nominal Defendants") filed the motion to dismiss plaintiffs Steven Curd and Rebel Curd's ("Plaintiffs") amended complaint (the "Motion to Dismiss") (Document No. 53).  Plaintiffs, by and through their counsel, hereby submits this notice of non-opposition to Nominal Defendants' Motion to Dismiss.

Plaintiffs intend to file an opposition to the pending motion to dismiss filed by defendants SEI Investments Management Corporation and SEI Investments Global Funds Services.

Dated: January 9, 2015

Respectfully submitted,

ROBBINS ARROYO LLP

s/ Stephen J. Oddo
STEPHEN J. ODDO

BRIAN J. ROBBINS
EDWARD B. GERARD
JUSTIN D. RIEGER
DANIEL L. SACHS
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com
egerard@robbinsarroyo.com
jrieger@robbinsarroyo.com
dsachs@robbinsarroyo.com

RYAN & MANISKAS, LLP
RICHARD A. MANISKAS
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: (484) 588-5516
Facsimile: (484) 450-2582
rmaniskas@rmclasslaw.com

Attorneys for Plaintiffs

1005112

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

 s/ Stephen J. Oddo  
STEPHEN J. ODDO