IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN CURD, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SEI INVESTMENTS MANAGEMENT CORPORATION | : | NO. 13-7219 |

**O R D E R**

**AND NOW**, this 18TH day of June, 2015, it is Ordered that **ORAL ARGUMENT** regarding the Motion to Dimiss, ECF No. 54 will be held on **July 7, 2015** at **10:30 a.m.** in Courtroom 7-B on the 7th Floor of the U.S. Courthouse, 601 Market St., Philadelphia, PA.


ATTEST:                              or     BY THE COURT


BY:_____          _____
M. O'Donnell, Civl Deputy/                Anita B. Brody,  J.
Secretary

Civ 12 (9/83)


**COPIES VIA ECF ON:**