IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN CURD and REBEL CURD, on behalf of SEI INTERNATIONAL EQUITY FUND, SEI HIGH YIELD BOND FUND, SEI TAX-MANAGED LARGE CAP FUND, SEI TAX-MANAGED SMALL/MID CAP FUND, and SEI INTERMEDIATE-TERM MUNICIPAL FUND, | : : : : : : : : : | CIVIL ACTION No. 13-7219 |
| Plaintiffs, | : : | |
| v. | : : | |
| SEI INVESTMENTS MANAGEMENT CORPORATION and SEI INVESTMENTS GLOBAL FUNDS SERVICES, | : : : : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this _13th____ day of   July___, 2015, it is **ORDERED** that the Motion to Dismiss filed by Nominal Defendants SEI International Equity Fund, SEI High Yield Bond Fund, SEI Tax-Managed Large Cap Fund, SEI Tax-Managed Small/Mid Cap Fund, and SEI Intermediate-Term Municipal Fund [ECF No. 53] is **GRANTED** as unopposed.[1]  It is further **ORDERED** that the Amended Complaint is **DISMISSED with prejudice** with respect to the Nominal Defendants.                    s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

---

[1] On January 9, 2015, Plaintiffs Steven Curd and Rebel Curd filed a Notice of Non-Opposition to Nominal Defendants' Motion to Dismiss Plaintiffs' Amended Complaint [ECF No. 60].

1