IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN CURD and REBEL CURD, on behalf of SEI INTERNATIONAL EQUITY FUND, SEI HIGH YIELD BOND FUND, SEI TAX-MANAGED LARGE CAP FUND, SEI TAX-MANAGED SMALL/MID CAP FUND, and SEI INTERMEDIATE-TERM MUNICIPAL FUND,<br><br>        Plaintiffs,<br><br>   v.<br><br>SEI INVESTMENTS MANAGEMENT CORPORATION and SEI INVESTMENTS GLOBAL FUNDS SERVICES,<br><br>        Defendants. | CIVIL ACTION<br>No. 13-7219 |

## ORDER

**AND NOW**, this __13TH_____ day o  July_, 2015, it is **ORDERED** that the Motion to Dismiss filed by Defendants SEI Investments Management Corporation ("SIMC") and SEI Investments Global Funds Services ("SIGFS") [ECF No. 54] is **GRANTED in part** and **DENIED** in part as follows:

- The Motion is **GRANTED** as to SIGFS; and
- The Motion is **DENIED** as to SIMC.

                            s/Anita B. Brody
                        _____
                        ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: