

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN CURD and REBEL CURD, Derivatively on Behalf of SEI INTERNATIONAL EQUITY FUND, SEI HIGH YIELD BOND FUND, SEI TAX-MANAGED LARGE CAP FUND, SEI TAX-MANAGED SMALL/MID CAP FUND, and SEI INTERMEDIATE-TERM MUNICIPAL FUND,<br><br>        Plaintiffs,<br>   v.<br><br>SEI INVESTMENTS MANAGEMENT CORPORATION,<br><br>        Defendant. | FILED<br>AUG 3 2015<br>Anita B. Brody, Judge<br>By _____ Dep. Clerk<br><br>CIVIL ACTION NO.<br><br>13-CV-07219-AB |

[~~PROPOSED~~ ABB] ORDER

**AND NOW**, this 29th day of July, 2015, upon consideration of the parties' Stipulation Setting Schedule for Filing of Plaintiffs' Verified Second Amended Complaint, **IT IS ORDERED** that Plaintiffs may file a Verified Second Amended Complaint on or before September 18, 2015; the parties will submit a proposed discovery for the Court's consideration on or before October 19, 2015; and Defendants will answer or otherwise respond to the Verified Second Amended Complaint on or before November 17, 2015.

_____
Anita B. Brody, Judge

Copies via ECF on 8/3/15      Copies via US Mail on _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN CURD and REBEL CURD, Derivatively on Behalf of SEI INTERNATIONAL EQUITY FUND, SEI HIGH YIELD BOND FUND, SEI TAX-MANAGED LARGE CAP FUND, SEI TAX-MANAGED SMALL/MID CAP FUND, and SEI INTERMEDIATE-TERM MUNICIPAL FUND,<br><br>     Plaintiffs,<br>  v.<br><br>SEI INVESTMENTS MANAGEMENT CORPORATION, and SET INVESTMENTS GLOBAL FUNDS SERVICES,<br><br>     Defendants. | Case No. 2:13-cv-07219-AB |

**STIPULATION SETTING SCHEDULE FOR FILING OF PLAINTIFFS'**
**VERIFIED SECOND AMENDED COMPLAINT**

  WHEREAS, on October 2, 2014 Plaintiffs filed a Verified Amended Complaint against SEI Investments Management Corporation ("SIMC") and SEI Investments Global Funds Services ("SIGFS");

  WHEREAS, on November 24, 2014 Defendants filed their Motion to Dismiss the Verified Amended Complaint;

  WHEREAS, on July 14, 2015 the Court granted in part and denied in part Defendants' Motion to Dismiss;

  WHEREAS, on July 21, 2015, the Court entered an Order directing the parties to submit a joint discovery plan by July 31, 2015;

WHEREAS, Plaintiffs have requested and Defendants have agreed that Plaintiffs may file a Verified Second Amended Complaint making additional allegations about SIGFS only, and not otherwise altering or amending the Funds at issue or any allegations regarding or against SIMC;

WHEREAS, the parties have agreed that it makes sense to develop a discovery plan once the Verified Second Amended Complaint has been filed and not to commence discovery, including the exchange of initial disclosures, until the Court has approved the discovery plan; and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the undersigned attorneys for the respective parties, subject to approval of the Court, as follows:

1. Plaintiffs will file a Verified Second Amended Complaint on or before September 18, 2015.

2. The parties will submit a proposed discovery plan to the Court for approval on or before October 19, 2015.

3. The Defendants' time to answer, move or otherwise respond to the Verified Second Amended Complaint is extended to November 17, 2015.

WHEREFORE, the parties respectfully request that the Court enter an order in the form attached hereto setting deadlines associated with the filing of Plaintiffs' Verified Second Amended Complaint and the submission of a discovery plan.

Dated: July 28, 2015

*/s/ Richard A. Maniskas*
Richard A. Maniskas (PA I.D. No. 85942)
   rmaniskas@rmclasslaw.com
RYAN & MANISKAS, LLP
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone:   (484) 588-5516
Facsimile:   (484) 450-2582

Brian J. Robbins
   brobbins@robbinsarroyo.com
Stephen J. Oddo
   soddo@robbinsarroyo.com
Edward B. Gerard
   egerard@robbinsarroyo.com
Justin D. Reiger
   jreiger@robbinsarroyo.com
ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, CA 92101
Telephone:   (619) 525-3990
Facsimile:   (484) 450-2582

*Attorneys for Plaintiffs*

*/s/ Michael S. Doluisio*
Steven B. Feirson (PA I.D. No. 21357)
   steven.feirson@dechert.com
Michael S. Doluisio (PA I.D. No. 75060)
   michael.doluisio@dechert.com
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone:   (215) 994-2489
Facsimile:   (215) 655-2489

*Attorneys for Defendants*