**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEVEN CURD and REBEL CURD, Derivatively on Behalf of SEI INTERNATIONAL EQUITY FUND, SEI HIGH YIELD BOND FUND, SEI TAX-MANAGED LARGE CAP FUND, SEI TAX-MANAGED SMALL/MID CAP FUND, and SEI INTERMEDIATE-TERM MUNICIPAL FUND, | ) ) ) ) ) ) ) ) ) | Case No. 2:13-cv-07219-AB |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| SEI INVESTMENTS MANAGEMENT CORPORATION, and SEI INVESTMENTS GLOBAL FUNDS SERVICES, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**STIPULATION REGARDING EXTENSION OF DEADLINE**
**TO FILE PROPOSED DISCOVERY PLAN**

Plaintiffs Steven Curd and Rebel Curd ("Plaintiffs"), by and through their undersigned counsel, and defendants SEI Investments Management Corporation and SEI Investments Global Funds Services ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to extend the time for the parties to file a proposed discovery plan (the "Discovery Plan"), as follows:

WHEREAS, on August 3, 2015, the Court entered the Order setting the schedule for the filing of Plaintiffs' second amended complaint (the "Second Amended Complaint"), the parties Discovery Plan, and Defendants' answer or response to the Second Amended Complaint (the "Order") (Document No. 73);

WHEREAS, on September 18, 2015, Plaintiffs filed their Second Amended Complaint pursuant to the Order (Document No. 75);

WHEREAS, the parties have agreed, subject to Court approval, to an extension of twenty-one (21) days for the deadline to file the proposed Discovery Plan; and

WHEREAS, there has not been a prior extension of time for the filing of the proposed Discovery Plan.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the undersigned attorneys for the respective parties, subject to approval of the Court, that the parties' deadline to file the proposed Discovery Plan shall be extended by twenty-one (21) days, and shall be filed on or before November 9, 2015.

Dated: October 16, 2015

ROBBINS ARROYO LLP

/s/ Edward B. Gerard
BRIAN J. ROBBINS
STEPHEN J. ODDO
JENNY L. DIXON
EDWARD B. GERARD
DANIEL L. SACHS
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com.
jdixon@robbinsarroyo.com
egerard@robbinsarroyo.com
dsachs@robbinsarroyo.com

RYAN & MANISKAS, LLP
RICHARD A. MANISKAS
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: (484) 588-5516
Facsimile: (484) 450-2582
rmaniskas@rmclasslaw.com

*Counsel for Plaintiffs Steven Curd and Rebel Curd*

Dated: October 16, 2015                    DECHERT LLP


                                           /s/ Michael S. Doluisio
                                           STEVEN B. FEIRSON
                                           MICHAEL S. DOLUISIO
                                           CHARLOTTE K. NEWELL
                                           Cira Centre
                                           2929 Arch Street
                                           Philadelphia, PA 19104
                                           Telephone: (215) 994-4000
                                           Facsimile: (215) 994-2222
                                           steven.feirson@dechert.com
                                           michael.doluisio@dechart.com

                                           EMILY SHEA
                                           DECHERT LLP
                                           1900 K Street, NW Washington, DC 20006
                                           Telephone: (202) 261-3300
                                           Facsimile: (202) 261-3333
                                           emily.shea@dechert.com

                                           *Counsel for defendants SEI Investment
                                           Management Corporation and SEI Investments
                                           Global Funds Services*


APPROVED AND SO ORDERED:


_____
Honorable Anita J. Brody, United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the CM/ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: October 16, 2015            /s/ Edward B. Gerard
                                            EDWARD B. GERARD