## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN CURD and REBEL CURD, Derivatively on Behalf of SEI INTERNATIONAL EQUITY FUND, SEI HIGH YIELD BOND FUND, SEI TAX-MANAGED LARGE CAP FUND, SEI TAX-MANAGED SMALL/MID CAP FUND, and SEI INTERMEDIATE-TERM MUNICIPAL FUND,<br><br>Plaintiffs,<br><br>v.<br><br>SEI INVESTMENTS MANAGEMENT CORPORATION, and SEI INVESTMENTS GLOBAL FUNDS SERVICES,<br><br>Defendants. | Case No. 2:13-cv-07219-AB |

### JOINT SCHEDULING ORDER

Plaintiffs Steven Curd and Rebel Curd ("Plaintiffs"), by and through their undersigned counsel, and defendants SEI Investments Management Corporation and SEI Investments Global Funds Services (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree to the following discovery plan as follows:

WHEREFORE, it is hereby agreed that:

1. In accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure, initial disclosures shall be made no later than December 17, 2015.

2. A United States Magistrate Judge shall be appointed to handle all discovery or case management disputes.

3. The parties shall be limited to thirteen (13) fact depositions per side. The parties shall be limited to twenty-five (25) interrogatories, (including all subparts), per party, except

- 1 -

upon leave of Court. The parties' right to request additional depositions and/or interrogatories is preserved. If after meeting and conferring in good faith, the parties are unable to agree on additional depositions and/or interrogatories, they shall raise the issue with the appointed Magistrate Judge informally or via motion.

4. Neither party shall use documents or testimony concerning: (a) the services performed or fees received by the Defendants for the period from July 1, 2016 forward or (b) the SEI Funds'[1] Board of Trustees' ("Board") section 15(c) of the Investment Company Act of 1940 process ("Section 15(c)"), Board meetings, or Board materials for the period from July 1, 2016 forward, for any purpose in this action, including, but not limited to, any expert report, dispositive motion, or at trial, and Defendants shall not be required to produce in this action any documents relating to the fees paid, services performed, Section 15(c) process, Board meetings, or Board materials for the period from July 1, 2016 forward.

5. In the event, Plaintiffs file an action seeking damages for any period after September 18, 2015, the parties shall meet and confer in good faith regarding discovery in such action, including the production of documents for the period from July 1, 2016 forward.

6. Defendants shall produce all non-privileged Board materials and meeting minutes for the SEI Funds for the period from January 1, 2012 through 2015, no later than February 17, 2016.

7. Fact discovery shall be completed no later than January 13, 2017.

8. Plaintiffs' expert reports are due no later than March 17, 2017.

9. Defendants' expert reports are due no later than May 19, 2017.

---

[1] "SEI Funds" refer to SEI High Yield Bond Fund, SEI International Equity Fund, SEI Intermediate-Term Municipal Fund, SEI Tax-Managed Large Cap Fund, and SEI Tax-Managed Small/Mid Cap Fund.

10. Plaintiffs' rebuttal expert reports are due no later than June 19, 2017.

11. Expert discovery shall be completed no later than August 18, 2017.

12. Dispositive motions are to be filed by September 29, 2017; oppositions to dispositive motions are due November 1, 2017; reply briefs in support of dispositive motions are due November 27, 2017.

13. Dates for a Pretrial Conference and deadlines for pre-trial motions and submissions shall be later set by the Court.

Dated: November 9, 2015                    ROBBINS ARROYO LLP

                                           s/ Edward B. Gerard
                                           ─────────────────────────
                                           STEPHEN J. ODDO
                                           BRIAN J. ROBBINS
                                           JENNY L. DIXON
                                           EDWARD B. GERARD
                                           DANIEL L. SACHS
                                           600 B Street, Suite 1900
                                           San Diego, CA 92101
                                           Telephone: (619) 525-3990
                                           Facsimile: (619) 525-3991
                                           brobbins@robbinsarroyo.com
                                           soddo@robbinsarroyo.com
                                           jdixon@robbinsarroyo.com
                                           egerard@robbinsarroyo.com
                                           dsachs@robbinsarroyo.com

                                           RYAN & MANISKAS, LLP
                                           RICHARD A. MANISKAS
                                           995 Old Eagle School Road, Suite 311
                                           Wayne, PA 19087
                                           Telephone: (484) 588-5516
                                           Facsimile: (484) 450-2582
                                           rmaniskas@rmclasslaw.com

                                           *Counsel for Plaintiffs Steven Curd and Rebel Curd*

Dated: November 9, 2015                    DECHERT LLP

s/ Michael S. Doluisio
--------------------------------
STEVEN B. PEIRSON
MICHAEL S. DOLUISIO
CHARLOTTE K. NEWELL
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
steven.feirson@dechert.com
michael.doluisio@dechart.com
charlotte.newell@dechert.com

EMILY SHEA
DECHERTLLP
1900 K Street, NW Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333
emily .shea@dechert.com

*Counsel for Defendants SEI Investment
Management Corporation and SEI Investments
Global Funds Services*

APPROVED AND SO ORDERED.

_____
HON. ANITA B. BRODY
UNITED STATES DISTRICT JUDGE

November 10, 2015

Copies via ECF on 11/10/15

1057834

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: November 9, 2015                          <u>s/ Edward B. Gerard</u>
                                                                      EDWARD B. GERARD