IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN CURD, REBEL CURD,** | : | **CIVIL ACTION** |
| derivatively on behalf of SEI TAX | : | |
| MANAGED LARGE CAP FUND, SEI TAX | : | |
| MANAGED SMALL/MID CAP FUND, SEI | : | |
| INTERMEDIATE-TERM MUNICIPAL FUND | : | |
| SEI HIGH YIELD BOND FUND and SEI | : | |
| INTERNATIONAL EQUITY FUND | : | |
| | : | |
| **v.** | : | |
| | : | |
| SEI INVESTMENTS MANAGEMENT | : | |
| CORPORATION and SEI INVESTMENTS | : | |
| GLOBAL FUNDS SERVICES | : | **NO. 13-7219** |

## SCHEDULING ORDER

This 7th day of March, 2016, following a conference with counsel, it is **ORDERED** as follows:

1. All fact discovery shall be completed no later than **September 9, 2016**.

2. Counsel for each party shall serve upon counsel for every other party the information referred to in Federal Rule of Civil Procedure 26(a)(2)(B) by expert report or answer to expert interrogatory no later than **November 4, 2016**. If the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party, counsel shall serve the information on counsel for every other party no later than **December 2, 2016**. Expert depositions, if any, shall be concluded no later than **January 6, 2017**.

3. Any party expecting to offer opinion testimony from lay witnesses pursuant to Federal Rule of Evidence 701 with respect to the issues of liability and damages shall, at the time required for submission of information and/or reports for expert witnesses on liability and damages set forth in the preceding paragraph, serve opposing

parties with concise details and/or documents covering the lay opinions of the Rule 701 witnesses, including the identity of each witness offering the expert opinion, the substance and the basis for each opinion.

4. All motions for summary judgment and *Daubert* motions, if any, shall be filed no later than **January 27, 2017**. Responses shall be filed no later than **February 17, 2017**. Reply briefs shall be filed no later than **March 3, 2017**.

5. Statements of material facts in support of or in opposition to a motion for summary judgment shall include specific and not general references to the parts of the record which support each statement. Each stated fact shall cite the source relied upon, including the title, page and line of the document supporting each statement.

6. No deadline set forth in this order will be extended.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.