# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN CURD, REBEL CURD,** derivatively on behalf of SEI TAX MANAGED LARGE CAP FUND, SEI TAX MANAGED SMALL/MID CAP FUND, SEI INTERMEDIATE-TERM MUNICIPAL FUND SEI HIGH YIELD BOND FUND and SEI INTERNATIONAL EQUITY FUND | : : : : : : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **SEI INVESTMENTS MANAGEMENT CORPORATION and SEI INVESTMENTS GLOBAL FUNDS SERVICES** | : : : | **NO. 13-7219** |

## ORDER

**NOW,** this 8th day of July, 2016, upon consideration of the Motion of Special Master for Approval of Interim Fee (Document No. 92), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties, in accordance with paragraph four of the Order appointing the Special Master, shall pay the Special Master the sum of $11,250.

                                                                      /s/Timothy J. Savage
                                                                     TIMOTHY J. SAVAGE,  J.