**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STEVEN CURD, REBEL CURD,** | : | **CIVIL ACTION** |
| **derivatively on behalf of SEI TAX** | : | |
| **MANAGED LARGE CAP FUND, SEI TAX** | : | |
| **MANAGED SMALL/MID CAP FUND, SEI** | : | |
| **INTERMEDIATE-TERM MUNICIPAL FUND** | : | |
| **SEI HIGH YIELD BOND FUND and SEI** | : | |
| **INTERNATIONAL EQUITY FUND** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SEI INVESTMENTS MANAGEMENT** | : | |
| **CORPORATION and SEI INVESTMENTS** | : | |
| **GLOBAL FUNDS SERVICES** | : | **NO. 13-7219** |

## AMENDED SCHEDULING ORDER

**NOW,** this 16th day of August, 2016, at the joint request of the parties and upon the recommendation of the Master, it is **ORDERED** that the scheduling order is amended as follows:

1.      All fact discovery shall be completed no later than **November 11, 2016**.

2.      Counsel for each party shall serve upon counsel for every other party the information referred to in Federal Rule of Civil Procedure 26(a)(2)(B) by expert report or answer to expert interrogatory no later than **January 6, 2017**. If the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party, counsel shall serve the information on counsel for every other party no later than **February 3, 2017**.  Expert depositions, if any, shall be concluded no later than **March 3, 2017**.

3.      Any party expecting to offer opinion testimony from lay witnesses pursuant to Federal Rule of Evidence 701 with respect to the issues of liability and damages shall,

at the time required for submission of information and/or reports for expert witnesses on liability and damages set forth in the preceding paragraph, serve opposing parties with concise details and/or documents covering the lay opinions of the Rule 701 witnesses, including the identity of each witness offering the expert opinion, the substance and the basis for each opinion.

4.     All motions for summary judgment and *Daubert* motions, if any, shall be filed no later than **March 17, 2017**.  Responses shall be filed no later than **April 7, 2017**.  Reply briefs shall be filed no later than **April 21, 2017**.

5.     Statements of material facts in support of or in opposition to a motion for summary judgment shall include specific and not general references to the parts of the record which support each statement.  Each stated fact shall cite the source relied upon, including the title, page and line of the document supporting each statement.

6.     A settlement conference before the Special Master is scheduled for **Wednesday, May 17, 2017, at 10:00 a.m.**, at the Dispute Resolution Institute, 662 Logan Square, Philadelphia, PA.  Representatives with settlement authority must be present and able to make final decisions without telephone consultations.

7.     No further extensions of the deadlines will be granted..


    /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.