## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN CURD and REBEL CURD, Derivatively on Behalf of SEI INTERNATIONAL EQUITY FUND, SEI HIGH YIELD BOND FUND, SEI TAX-MANAGED LARGE CAP FUND, SEI TAX-MANAGED SMALL/MID CAP FUND, and SEI INTERMEDIATE-TERM MUNICIPAL FUND,<br><br>Plaintiffs,<br><br>v.<br><br>SEI INVESTMENTS MANAGEMENT CORPORATION, and SEI INVESTMENTS GLOBAL FUNDS SERVICES,<br><br>Defendants. | Case No.: 2:13-cv-07219-TJS |

### STIPULATION AND [PROPOSED] ORDER REGARDING THIRD-PARTY DISCOVERY

Each Party and each counsel of record stipulate and move the Court to amend the Stipulation and Protective Order so ordered on February 29, 2016 (ECF No. 88, the "Protective Order") as follows:

1. All third-party productions shall be subject to the Protective Order.

2. Any third party producing documents in the above-captioned action may designate produced material as "Confidential Information" in the same manner as the Parties under the Protective Order.

3. All Confidential Information produced by a third party shall be subject to the same protections under the Protective Order as the Parties' Confidential Information.

Dated at Philadelphia, Pennsylvania, this 18 day of October, 2016.

BY THE COURT:

JUDGE TIMOTHY J. SAVAGE
UNITED STATES DISTRICT COURT

**STIPULATED AND AGREED TO:**

October 17, 2016

*/s/ Richard A Maniskas*
Richard A. Maniskas
  rmaniskas@rmclasslaw.com
RYAN & MANISKAS, LLP
995 Old Eagle School Road
Suite 311
Wayne, PA 19087
Telephone: (484) 588-5516
Facsimile: (484) 450-2582

Brian J. Robbins
  brobbins@robbinsarroyo.com
Stephen J. Oddo
  soddo@robbinsarroyo.com
Jenny L. Dixon
  jdixon@robbinsarroyo.com
Edward B. Gerard
  egerard@robbinsarroyo.com
ROBBINS ARROYO LLP
600 B. Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Attorneys for Plaintiffs*

*/s/ Steven B. Feirson*
Steven B. Feirson
  steven.feirson@dechert.com
Michael S. Doluisio
  michael.doluisio@dechert.com
Stuart T. Steinberg
  stuart.steinberg@dechert.com
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone: (215) 994-2489
Facsimile: (215) 994-2222

Charlotte K. Newell
  charlotte.newell@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Attorneys for Defendants*

2